# Court of Appeals
# of the State of Georgia

ATLANTA, __April 25, 2013__

*The Court of Appeals hereby passes the following order:*

## A13A1635. JOYCE H. NOTTINGHAM v. FEDERAL NATIONAL MORTGAGE.

Joyce Nottingham has appealed to this Court from a judgment purportedly entered against her in this dispossessory matter on November 19, 2012. However, Nottingham's Notice of Appeal specifically directs the Clerk of Court to "omit everything from the record except this Notice of Appeal," and no such order appears in the record.

Given the apparent absence of a ruling by the trial court, we have nothing to review. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) ("Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court."). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 04/25/2013
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____, *Clerk.*